UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:                                              CHAPTER 11

UNIVERSITY SHOPPES, LLC,
                                                    CASE NO.:
                                                    09-35544-BKC-LMI
            Debtor.
_____/

**AGREED EX PARTE MOTION TO CONTINUE EVIDENTIARY HEARING
ON MOTION TO DISMISS BANKRUPTCY CASE AS BAD FAITH FILING
OR, IN THE ALTERNATIVE, FOR RELIEF FROM AUTOMATIC STAY**

Bank of America, N.A., as Successor by Merger to Lasalle Bank, N.A., as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp. 2006-LDP8, Commercial Mortgage Pass-Through Certificates, Series 2006-LDP8 ("BOA"), by undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 9006(b) and Local Rule 9013-1(C)(1), files this agreed ex parte motion to continue the evidentiary hearing on BOA's Motion to Dismiss Bankruptcy Case as Bad Faith Filing or, in the Alternative, for Relief from Automatic Stay ("Motion for Dismissal/Stay Relief") [C.P. # 34], asserting as follows:

1.    On November 19, 2009, debtor, University Shoppes, LLC ("Debtor"), filed a voluntary petition for chapter 11 relief, initiating the above-captioned bankruptcy proceeding.

2.    On December 14, 2009, Defendant filed its Motion for Dismissal Stay Relief.

3.    On December 14, 2009, this Court entered an Order [C.P. # 36] specially setting the Motion for Dismissal/Stay Relief for evidentiary hearing ("Evidentiary Hearing") on January 13, 2010 at 2:30 PM.

4. On December 23, 2009, in response to the Debtor's motion to continue the January 13, 2010 Evidentiary Hearing, this Court re-noticed the Evidentiary Hearing for January 28, 2010 at 9:30 AM.

5. The parties are exploring the possibility of a settlement that would resolve, inter alia, the issues presented by the Motion for Dismissal/Stay Relief.  Although an agreement has not yet been reached, progress has been made and the parties desire additional time to explore the possibility of an amicable resolution.

6. Federal Rule of Bankruptcy Procedure 9006(b) vests this Court with authority to continue the Evidentiary Hearing and extend the related deadlines, providing in pertinent part as follows:

> … when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of this court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order …

Fed. R. Bank. Proc. 9006(b).

7. Good cause exists to grant the relief requested herein as the parties require additional time to explore the possibility of settlement.

8. This is the first joint request for a continuance of the Evidentiary Hearing.  A prior request for a continuance of the Evidentiary Hearing was made by the Debtor.  This motion is filed in good faith and not for purposes of delay.

9. Counsel for BOA has conferred with counsel for the Debtor and is authorized to represent to this Court that the Debtor consents to the entry of an Order continuing the Evidentiary Hearing to March 29, 2010, a date which has been cleared with this Court's courtroom deputy.

WHEREFORE, BOA respectfully requests that the Court enter an Order continuing the Evidentiary Hearing to March 29, 2010 and extending all related deadlines in the Order Specially Setting Evidentiary Hearing to run from the continued Evidentiary Hearing date, and granting such other and further relief as the Court deems just and proper.

Dated: January 26, 2010                         Respectfully Submitted,

                                                SHUTTS & BOWEN LLP
                                                *Attorneys for Movant*
                                                201 S. Biscayne Blvd., Suite 1500
                                                Miami, Florida  33131
                                                Email: *sdrobny@shutts.com*
                                                (305) 358-6300
                                                (305) 415-9873 facsimile


                                                By:   */s/ Stephen P. Drobny*
                                                Peter H. Levitt
                                                Florida Bar No. 650978
                                                Stephen P. Drobny
                                                Florida Bar No. 55732

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties listed below via ECF or first class U.S. Mail on this 26th day of January, 2010.

/s/ *Stephen P. Drobny*
Stephen P. Drobny

Paul DeCailly, Esq.
Paul DeCailly Law Firm
3111 W Dr Martin Luther King Blvd.
Suite 100