# Exhibit 1



# UNIVERSITY SHOPPES

MIAMI, FL





# MARKET POSITIONING & PRICING ANALYSIS

*Prepared For:*

Nathan Vialkowski

JE Robert, Co.

## UNIVERSITY SHOPPES
MIAMI, FL

**TABLE OF CONTENTS**



SECTION ONE
..................................................AGENT QUALIFICATIONS

SECTION TWO
.....................................PRICING & FINANCIAL ANALYSIS

SECTION THREE
...................................PROPERTY DESCRIPTION

SECTION FOUR
............................................RECENT SALES

SECTION FIVE
..............................RENT COMPARABLES

SECTION SIX
.....................DEMOGRAPHIC ANALYSIS

SECTION SEVEN
...........................MARKETING PLAN

SECTION EIGHT
............THE MARCUS & MILLICHAP
ADVANTAGE

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

AGENT QUALIFICATIONS



# UNIVERSITY SHOPPES

MIAMI, FL



# AGENT QUALIFICATIONS

UNIVERSITY SHOPPES
MIAMI, FL

Miami Dade Multi Tenant Statistics



**Multi-Tenant Retail Closings in Miami Dade County From January 2007 to Present**

| Multi-Tenant Closings | CBRE | Marcus & Millichap | Broker Involved | Total Sales |
|---|---|---|---|---|
| | 2 | 22 | 43 | 98 |

Marcus & Millichap
Real Estate Investment Services

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

# AGENT QUALIFICATIONS

**UNIVERSITY SHOPPES**
MIAMI, FL

National Retail Statistics



Top 10 Brokerages – $1M-$20M Retail Transactions
Sell-Side, 2Q 08 – 1Q 09

| Brokerage | Transactions |
|---|---|
| Marcus & Millichap | 910 |
| CB Richard Ellis | 166 |
| NAI | 120 |
| Coldwell Banker | 74 |
| Grubb & Ellis | 63 |
| Colliers International | 61 |
| Sperry Van Ness | 60 |
| Cushman & Wakefield | 51 |
| Faris Lee Investments | 37 |
| Capital Pacific | 31 |

Sources: Marcus & Millichap Research Services, CoStar Group, Inc., Real Capital Analytics

www.NationalRetailGroup.com

Marcus & Millichap
Real Estate Investment Services

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

## UNIVERSITY SHOPPES
MIAMI, FL

## Professional Qualifications

### Kirk D. Olson
**Senior Associate**
**National Retail Group**



#### INVESTMENT EXPERTISE

Kirk Olson specializes in the sale of Multi-Tenant Shopping Centers in Florida and Single-Tenant Retail Properties throughout the Southeastern United States.

#### EXPERIENCE / PROFESSIONAL HISTORY

Kirk joined the Marcus & Millichap sales force in May of 2005 after owning and operating a garment import/export company in New York City from 2002-2005.   Promoted to Associate in 2005 and subsequently Senior Associate in 2008, Kirk's focus on the Miami area retail market and background as an entrepreneur and MBA have contributed to his excellent market knowledge and underwriting skills. Kirk has helped his clients navigate to a successful closing on more than 40 retail transactions.

#### SALES ACHIEVEMENTS / AWARDS

Top 5 Agent in Miami Regional Office - 2008

Top 30 NRG Multi-Tenant Agent Nationally - 2008

Top 5 Agent in Miami Regional Office - 2007

Awarded Company Sales Plaque:  2007

Earned Rookie of the Year Award for the Miami Office - 2006

Earned Pace Setter Award from May - July, 2005

#### EDUCATION

Masters of Business Administration (MBA) - Babson College - Wellesley, MA - 2002

Bachelor of Science in Business - University of Minnesota - Minneapolis, MN - 1997

#### PROFESSIONAL AND COMMUNITY ORGANIZATIONS

International Council of Shopping Centers (ICSC) - Member - 2005 - Present

Marcus & Millichap National Retail Group (NRG) - Member - 2005- Present

**AGENT QUALIFICATIONS**

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate.  Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of  Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL



**AGENT QUALIFICATIONS**

## Professional Qualifications

### Drew A. Kristol
**Senior Associate**
**National Retail Group**

#### INVESTMENT EXPERTISE

Drew A. Kristol specializes in the sale of Multi-Tenant Shopping Centers in Florida and Single-Tenant Retail Properties throughout the Southeastern United States.

#### EXPERIENCE / PROFESSIONAL HISTORY

Commercial Office/Retail Leasing Broker With GVA Williams Real Estate 1996-1999

General Manager of Carleton Realty Group, Inc. 2000-Present

Rutecki & Associates - Attorney With Experience In Land Use, Zoning Law & Real Estate Transactions

#### SALES ACHIEVEMENTS / AWARDS

Top 30 Multi-Tenant Retail Professionals Companywide - 2008

Top 5 Agent in Miami Regional Office - 2008

Marcus & Millichap Pace Setter Award - 2006

#### EDUCATION

University of Miami School of Law - Miami, FL

Juris Doctorate - 2004

Emory University - Atlanta, GA

Bachelor of Arts - Sociology

#### PROFESSIONAL AFFILIATIONS

Member - National Retail Group

Member - International Council of Shopping Centers

Member - Florida Bar - Admitted September 2004

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

## UNIVERSITY SHOPPES
MIAMI, FL

**AGENT QUALIFICATIONS**

## Transaction History

### NICOLE'S PLACE • 2901 WEST COMMERCIAL BOULEVARD • FT. LAUDERDALE, FL



| | | | |
|---|---|---|---|
| Price | $1,950,000 | Major Tenants | Monti's Pizza |
| Down Payment | $750,000 (38%) | | Max Financial |
| Gross Leasable Area | 20,444 | | Island Smoothie |
| Price/Square Foot | $95.38 | | Nail Salon |
| CAP Rate | 8.04% | | Sushi to Go |
| Lot Size | 2.1 Acres | | |
| Year Built | 1987 | | |

Close of Escrow   8/20/2009
Market Time       64 Days
Activity ID: Q0390095

Nicole's Place is between I-95 and the Florida Turnpike, in the midst of the Cypress Creek-Commercial Boulevard office and industrial market. This region, also known as the Uptown Business district, incorporates over five million square feet of office.

### 5700 WEST FLAGLER SHOPPING CENTER • 5700 WEST FLAGLER STREET • MIAMI, FL



| | | | |
|---|---|---|---|
| Price | $2,000,000 | Major Tenants | Ferguson Plumbing |
| Down Payment | $402,000 (20%) | | Beauty Salon |
| Gross Leasable Area | 10,166 | | Dry Cleaner |
| Price/Square Foot | $196.73 | | Cafteria |
| CAP Rate | 7.60% | | Liquor Store |
| Lot Size | 23,626 SF | | Barber |
| Year Built | 1950 | | Ladies Dresses |
| | | | Car Radios |

Close of Escrow   7/31/2009
Market Time       1 Days
Activity ID: Q0390110

The property is ideally situated on the southwest corner of Northwest 57th Avenue, also known as Red Road.

### CROWN WINE & SPIRITS LAUDERHILL • 5000 N UNIVERSITY DRIVE • LAUDERHILL, FL



| | | | |
|---|---|---|---|
| Price | $1,767,000 | Major Tenants | Crown Wine & Spirits |
| Gross Leasable Area | 12,500 | | |
| Price/Square Foot | $141.36 | | |
| CAP Rate | 8.71% | | |
| Lot Size | 1.37 acres | | |
| Year Built | 1977 | | |

Close of Escrow   4/28/2009
Market Time       37 Days
Activity ID: Q0240015

The property is located in one of the busiest retail corridors of western Broward County. The property is currently 100 percent leased and Crown Wine & Spirits will sign a new 15-year lease for the entire property.

### 1417 WASHINGTON AVENUE • MIAMI BEACH, FL



| | | | |
|---|---|---|---|
| Price | $2,225,000 | Major Tenants | Metro PCS |
| Down Payment | $2,225,000 (100%) | | Mosh Pitt |
| Gross Leasable Area | 6,261 | | Samaya |
| Price/Square Foot | $355.37 | | |
| CAP Rate | 6.50% | | |
| Lot Size | 6,500 SF | | |
| Year Built | 1925 | | |

Close of Escrow   12/17/2008
Market Time       11 Days
Activity ID: P0390118

The 6,260-square foot center is ideally situated just two blocks west of Ocean Drive, and two blocks south of busy Lincoln Road, where landlords boast triple-net rents over $100 per square foot.

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap



# UNIVERSITY SHOPPES
MIAMI, FL

## Transaction History

### 1439-1449 W. FLAGLER STREET • MIAMI, FL



| | | Major Tenants | |
|---|---|---|---|
| Price | $920,000 | | Andy's Insurance |
| Down Payment | $460,000 (50%) | | Dentist |
| Gross Leasable Area | 7,549 | | OMS Service |
| Price/Square Foot | $121.87 | | Church |
| CAP Rate | 4.74% | | |
| Lot Size | 15,000 SF | | |
| Year Built | 1971 | | |

Close of Escrow   12/9/2008
Market Time        162 Days
Activity ID: P0390044

This neighborhood strip center sits on heavily travelled West Flagler Street in the heart of Little Havana. This opportunity offers significant upside by filling the vacant space and raising several month to month tenants to market rents.

### 7221 CORAL WAY • MIAMI, FL



| | |
|---|---|
| Price | $2,050,000 |
| Down Payment | $2,050,000 (100%) |
| Gross Leasable Area | 13,952 |
| Price/Square Foot | $146.93 |
| CAP Rate | 6.87% |
| Lot Size | 22,500 SF |
| Year Built | 1973 |

Close of Escrow   11/19/2008
Market Time        1 Days

Activity ID: P0390103

Property located on Coral Way, on busy intersection.

### VICTORY SHOPPING CENTER • 3901 SOUTHWEST 16TH STREET • FT. LAUDERDALE, FL



| | | Major Tenants | |
|---|---|---|---|
| Price | $1,275,000 | | Smily Wash Laundry |
| Down Payment | $100,000 (8%) | | A Plus Linen Service |
| Gross Leasable Area | 11,350 | | Convenience Store |
| Price/Square Foot | $112.33 | | Jeanne Mills Beauty |
| CAP Rate | 9.12% | | Revelation Baptist Church |
| Lot Size | 26,136 SF | | Budget Barbershop |
| Year Built | 1968/2006 | | International Bar Inc. |
| | | | International Bar Inc. |

Close of Escrow   11/14/2008
Market Time        159 Days

Activity ID: O0390023

This offering provides an investor with the oppurtunity to acquire an 11,350 square foot neighborhood shopping strip in Fort Lauderdale. The subject property is currently 100% leased with aggressive annual rent increases.

### WILLIAM'S PLAZA • 13981 SOUTH DIXIE HIGHWAY • MIAMI, FL



| | | Major Tenants | |
|---|---|---|---|
| Price | $2,300,000 | | Cartronics |
| Down Payment | $2,300,000 (100%) | | Puppy's R Us |
| Gross Leasable Area | 7,600 | | Vilar Cigars |
| Price/Square Foot | $302.63 | | Wheel & Tire |
| CAP Rate | 7.26% | | Beyond Salon & Spa |
| Lot Size | 20,000 | | |
| Year Built | 1969 | | |

Close of Escrow   8/15/2008

Activity ID: P0390056

William's Plaza is a local shopping center comprised of 7,600 square feet of retail space. The property is fully occupied and at over 7.25% return, an investor can enjoy strong cash flow with long term upside through annual rent bumps.

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

<div style="text-align:right">AGENT QUALIFICATIONS</div>

## Transaction History

### 1055 SOUTHWEST 8TH STREET • MIAMI, FL



| | |
|---|---|
| Price | $760,000 |
| Down Payment | $760,000 (100%) |
| Gross Leasable Area | 6,268 |
| Price/Square Foot | $121.25 |
| CAP Rate | 2.09% |
| Lot Size | 13,900 SF |
| Year Built | 1938 |

Major Tenants: Beauty Supply, Plumbing

Close of Escrow   7/28/2008
Market Time   83 Days
Activity ID: P0390020

1055 SW 8th Street offers an investor the opportunity to acquire a well-located retail property in the heart of Little Havana with upside through re-leasing the spaces at market rents.

### 1001 SW 8TH ST • MIAMI, FL



| | |
|---|---|
| Price | $1,300,000 |
| Down Payment | $100,000 (8%) |
| Gross Leasable Area | 13,855 |
| Price/Square Foot | $93.83 |
| CAP Rate | 0.10% |
| Lot Size | .34 Acres |
| Year Built | 1930 |

Major Tenants: M & J Pharmacy, USA Dollar, Manny Hair

Close of Escrow   2/22/2008
Market Time   62 Days

Activity ID: O0390132

The property itself is within walking distance to downtown Miami. Calle Ocho has already seen significant development as downtown Miami builds upwards and outwards & the new owner will likely enjoy substantial appreciation as the cities population grows.

### 1300 WEST FLAGLER STREET • MIAMI, FL



| | |
|---|---|
| Price | $1,975,000 |
| Down Payment | $200,000 (10%) |
| Gross Leasable Area | 11,266 |
| Price/Square Foot | $175.31 |
| CAP Rate | 8.36% |
| Lot Size | 12,000 SF |
| Year Built | 1937 |

Major Tenants: A Uniform Company, Envios 22-24, Inc., Comunicanet,LLC, Pharmacia, Xiomara Beauty Salon, Mini Market

Close of Escrow   2/13/2008
Market Time   159 Days

Activity ID: O0390073

1300 W Flagler Street is a fully occupied strip center with a strong current income.  The tenant mix consists of small retailers, all of which are on a NNN lease basis.

### LATIN QUARTER CULTURAL CENTER • 1501-1503 SOUTHWEST EIGHTH STREET • MIAMI,



| | |
|---|---|
| Price | $1,400,000 |
| Down Payment | $100,000 (7%) |
| Gross Leasable Area | 9,130 |
| Price/Square Foot | $153.34 |
| Lot Size | 12500 sq ft. |
| Year Built | 1926 |

Major Tenants: Vacant

Close of Escrow   12/4/2007

Activity ID: O0390052

The Latin Quarter Cultural Center is a cultural landmark in the heart of Little Havana.  The subject property will be delivered vacant, and is ideal for a bank, restaurant or similar retail use which could benefit from this excellent corner location.

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate.  Buyer must verify the information and bears all risk for any inaccuracies.  Marcus & Millichap Real Estate Investment Services is a service mark of  Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

## Marcus & Millichap
### Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

## Transaction History

### ESSEX SHOPPING CENTER • 435 HIALEAH DRIVE • HIALEAH, FL



| | |
|---|---|
| Price | $14,000,000 |
| Down Payment | $2,415,971 (17%) |
| Gross Leasable Area | 71,541 |
| Price/Square Foot | $195.69 |
| CAP Rate | 6.31% |
| Lot Size | 4.8 Acres |
| Year Built | 1948 |

Major Tenants
Mirian Sifontes
Popular Accounting
Royal Shipping Lines

Close of Escrow   11/30/2007
Market Time   46 Days
Activity ID: O0390091

Essex Shopping Center is a unique opportunity to purchase a large shopping center in the highly sought-after Hialeah submarket with a strong current cash-on-cash return and significant upside by increasing the rents on several below market tenants.

### 427 JEFFERSON AVE. • MIAMI BEACH, FL



| | |
|---|---|
| Price | $5,000,000 |
| Down Payment | $5,000,000 (100%) |
| Gross Leasable Area | 9,350 |
| Price/Square Foot | $534.76 |
| CAP Rate | 4.85% |
| Lot Size | 14,000 SF |
| Year Built | 1925 |

Major Tenants
Sign-A-Rama
Petopia
Bongzai
Big Al's Bagels

Close of Escrow   11/1/2007
Market Time   177 Days
Activity ID: O0390003

427 Jefferson Avenue offers an investor the opportunity to control a trophy asset in the rapidly appreciating South Beach Miami retail submarket. This property consists of 9,350 square feet of gross leasable area and 14,000 square feet of land.

### 6799 W FLAGLER ST • MIAMI, FL



| | |
|---|---|
| Price | $2,800,000 |
| Down Payment | $150,000 (5%) |
| Gross Leasable Area | 15,059 |
| Price/Square Foot | $185.94 |
| CAP Rate | 4.12% |
| Lot Size | 32,200 SF |
| Year Built | 1977 |

Major Tenants
Shape Lovers
Good Health Clinic
Flager Vision Center
Hair Salon
Falls Coin Laundry
Fernanado Lam
CMC Dental Louis Sarduy
Wendy's Dollar Store

Close of Escrow   10/18/2007
Market Time   1 Days
Activity ID: N0390169

This property offers the investor the opportunity to achieve a strong cash on cash return within one year by leasing the 2,250 SF of vacant space at market rents and enforcing pass-through expenses on the leases that are in effect.

### 14247 NW 7TH AVE • MIAMI, FL



| | |
|---|---|
| Price | $1,000,000 |
| Down Payment | $200,000 (20%) |
| Gross Leasable Area | 9,000 |
| Price/Square Foot | $111.11 |
| CAP Rate | 1.13% |
| Lot Size | 21,344 SF |
| Year Built | 1954 |

Close of Escrow   8/21/2007
Activity ID: O0390044

The City of Miami known as the "Magic City" is located in Southeast Florida, in Miami-Dade County on the Miami River, between the Florida Everglades and the Atlantic Ocean. Since its incorporation in 1896, the City has grown tremendously.

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

Marcus & Millichap
Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

**AGENT QUALIFICATIONS**

## Transaction History

### TWO SW 8TH ST COMMERCIAL BLDGS. • 1547 - 61 SW 8TH ST. • MIAMI, FL



| | | |
|---|---|---|
| Price | $1,275,000 | Major Tenants  I Love Calle Ocho |
| Down Payment | $5,000 (0%) | Black Opal Corp. |
| Gross Leasable Area | 6,596 | Azsucar |
| Price/Square Foot | $193.30 | |
| CAP Rate | 6.84% | |
| Lot Size | 12,914 SF | |
| Year Built | 1925/1926 | |

Close of Escrow  5/31/2007
Market Time  65 Days
Activity ID: O0390010

This offering is a unique opportunity for either an investor or user to enjoy stable cash flow, strong future appreciation potential and to own one of the more prominent and well-known buildings in Little Havana.

### 1498 NW 54TH STREET • MIAMI, FL



| | | |
|---|---|---|
| Price | $840,000 | Major Tenants  Laundro-Mat |
| Down Payment | $2,800 (0%) | Subway |
| Gross Leasable Area | 6,900 | Medicial Clinic |
| Price/Square Foot | $121.74 | |
| CAP Rate | 9.54% | |
| Lot Size | 24,000 SF | |
| Year Built | 1980 | |

Close of Escrow  5/22/2007
Market Time  60 Days

Activity ID: O0390024

1498 NW 54th Street offers an investor the opportunity to control a quality asset in the rapidly appreciating Miami retail submarket. Built in 1980, this property consists of 6,900 square feet of gross leaseable area and 24,000 square feet of land.

### 1352 EAST 4TH AVENUE • MIAMI, FL



| | | |
|---|---|---|
| Price | $1,200,000 | Major Tenants  Sublime Discount |
| Gross Leasable Area | 8,250 | Medical supplies |
| Price/Square Foot | $145.45 | Rima Market Inc. |
| CAP Rate | 7.15% | Ringsouth Telecom Corp. |
| Lot Size | 20,250 SF | Alba Flor Suri DDS |
| Year Built | 1956 | Mar Del Sur |

Close of Escrow  5/7/2007
Market Time  13 Days

Activity ID: O0390006

This property is in a prime location for retail businesses serving the local Hialeah market. Low vacancy rates, ample parking, a corner location and high traffic counts ensure that this strip center will enjoy high occupancy and steady rental income.

### 1600 LENOX AVENUE • MIAMI BEACH, FL



| | | |
|---|---|---|
| Price | $2,450,000 | Major Tenants  Vacant Building |
| Gross Leasable Area | 6,727 | |
| Price/Square Foot | $364.20 | |
| Lot Size | 50 X 150 | |
| Year Built | 1937 | |

Close of Escrow  5/1/2007

Activity ID: N0390120

An opportunity of owning 6,700 + SF vacant/end-user building just one block from Lincoln Road on South Beach is really unique! Whether it is retail or restaurant usage, visibility from the 16th street corridor bodes well for the potential merchant.

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap



# UNIVERSITY SHOPPES
MIAMI, FL

## Transaction History

### 152-56 EAST 35TH STREET • NEW YORK, NY



| | | | |
|---|---|---|---|
| Price | $5,800,000 | Unit Mix | 19 - FreeMarket |
| Down Payment | $5,800,000 (100%) | | 5 - RentControl |
| Number of Units | 26 | | 2 - RentStabilized |
| Price/Unit | $223,077 | | |
| Rentable Square Feet | 11,742 | | |
| Price/Square Foot | $493.95 | | |
| CAP Rate | 5.47% | | |
| GRM | 10.86 | | |
| Lot Size | 66 ft. x 97 ft. | | |
| Year Built | 1930/1987 | | |

Close of Escrow   4/25/2007
Market Time      18 Days
Activity ID: O0330043

Marcus & Millichap is pleased to offer the following opportunity in New York, New York.  There are 26 unsold sponsor owned apartments within a 6 story elevator building totaling 28,250 SF.

### FALLS PAPER BUILDING • 8761 SW 132ND STREET • MIAMI, FL



| | | | |
|---|---|---|---|
| Price | $1,043,000 | Major Tenants | Available upon request |
| Gross Leasable Area | 9,600 | | |
| Price/Square Foot | $108.65 | | |
| CAP Rate | 2.47% | | |
| Lot Size | 16,849 SF | | |
| Year Built | 1968 | | |

Close of Escrow   4/15/2007
Market Time      23 Days

Activity ID: O0390004

This property offers an investor an opportunity to acquire a warehouse in a superior location, and profit from immediate income.

### 258 NE 79TH STREET • MIAMI, FL



| | | | |
|---|---|---|---|
| Price | $1,000,000 | Major Tenants | Vacant |
| Down Payment | $50,000 (5%) | | |
| Gross Leasable Area | 12,743 | | |
| Price/Square Foot | $78.47 | | |
| Lot Size | 0.52 Acres | | |
| Year Built | 1937 | | |

Close of Escrow   1/17/2007
Market Time      51 Days

Activity ID: N0390142

This property offers an investor the opportunity to control a quality retail asset in the rapidly appreciating 79th Street corridor.  Built in 1937, this property consists of 12,743 square feet of gross leasable area and 22,700 square feet of land.

### 518-574 HIALEAH DRIVE • HIALEAH, FL



| | |
|---|---|
| Price | $2,000,000 |
| Down Payment | $2,000,000 (100%) |
| Gross Leasable Area | 23,768 |
| Price/Square Foot | $84.15 |
| CAP Rate | 2.25% |
| Lot Size | 49,118 SqFt |
| Year Built | 1947/1954 |

Close of Escrow   12/29/2006

Activity ID: N0390178

This property is a shopping center located on busy Hialeah Drive.

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate.  Buyer must verify the information and bears all risk for any inaccuracies.  Marcus & Millichap Real Estate Investment Services is a service mark of  Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

## UNIVERSITY SHOPPES
MIAMI, FL

## Transaction History

### MIAMI RIVER STRIP CENTER • 200 NW 8TH AVE • MIAMI, FL



| | | | |
|---|---|---|---|
| Price | $700,000 | Major Tenants | Vacant |
| Down Payment | $700,000 (100%) | | |
| Gross Leasable Area | 4,800 | | |
| Price/Square Foot | $145.83 | | |
| CAP Rate | 8.13% | | |
| Lot Size | 5,000 | | |
| Year Built | 1925 | | |

Close of Escrow  6/30/2006
Market Time  129 Days
Activity ID: M0390015

The Miami River Strip Center is ideal for an investor that is looking for medium to long-term upside.  By leasing out the 50% vacant portion of the building at current market rents, this investment will yield an 7.34% CAP rate within the first year.

### STRACHMAN BUILDINGS • 7441-7447, 7449-7455 COLLINS AVENUE • MIAMI BEACH, FL



| | | | |
|---|---|---|---|
| Price | $4,000,000 | Major Tenants | Communication Workers |
| Down Payment | $500,000 (13%) | | Sylvito's Driving A-Master's Driving |
| Gross Leasable Area | 19,107 | | Ritmo Corporation |
| Price/Square Foot | $209.35 | | Crystal Foods |
| CAP Rate | 4.40% | | Maria Topiol |
| Lot Size | 14,600 | | Reis-Fahions |
| Year Built | 1948/1952 | | Avatar Technologies, Inc. |
| | | | Boston Flamenco Dance |

Close of Escrow  5/1/2006
Market Time  34 Days

Activity ID: N0390001

The Strachman Building sits within the North Beach Historic District will preserve the immediate area and limit new commercial development. This property is a offers a great opportunity for potenial condo- conversion.

### NATIONAL SCHOOL BUILDING • 16150 NE 17TH AVE • NORTH MIAMI BEACH, FL



| | | | |
|---|---|---|---|
| Price | $1,900,000 | Major Tenants | National School |
| Down Payment | $150,000 (8%) | | |
| Rentable Square Feet | 12,480 | | |
| Price/Square Foot | $152.24 | | |
| CAP Rate | 10.91% | | |
| Parcel Size | 3 Parcels Totaling 27,838 SF | | |
| Year Built | 1982 | | |

Close of Escrow  4/26/2006
Market Time  7 Days

Activity ID: M0240256

The National School Building offers a rare opportunity to acquire an 8.7% CAP office building in a rapidly developing area.  There are 30 months remaining on the current single-tenant lease.

### 1961-63 SW 8TH ST • MIAMI, FL



| | | | |
|---|---|---|---|
| Price | $875,000 | Major Tenants | Mofongo's Restaurant |
| Down Payment | $275,000 (31%) | | Doctor's Pharmacy |
| Gross Leasable Area | 3,930 | | |
| Price/Square Foot | $222.65 | | |
| CAP Rate | 4.14% | | |
| Lot Size | 10,125 Sq Ft | | |
| Year Built | 1937/1942 | | |

Close of Escrow  4/10/2006
Market Time  20 Days

Activity ID: N0390004

The Little Havana Mixed Use Building is an excellent opportunity for a professional seeking to own office space on this well known Miami street.  It is currently 100% occupied.

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate.  Buyer must verify the information and bears all risk for any inaccuracies.  Marcus & Millichap Real Estate Investment Services is a service mark of  Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

## Transaction History

### THE PAVILIONS OF KENDALL • 10471 N. KENDALL DR. • MIAMI, FL



| | | Major Tenants | |
|---|---|---|---|
| Price | $8,500,000 | | Su-Shin Restaurant |
| Down Payment | $8,500,000 (100%) | | Top Pizza |
| Gross Leasable Area | 41,456 | | Don Pan Bakery |
| Price/Square Foot | $205.04 | | Manuel Morin |
| CAP Rate | 5.96% | | |
| Lot Size | 2.59 Acres | | |
| Year Built | 1982 | | |

Close of Escrow    11/15/2005
Market Time        142 Days
Activity ID: M0240103

The property offers an investor the rare opportunity to purchase a uniquely designed office and retail center with below market rents in one of the most sought after locations in S. Florida. There is a waiting list of prospective tenants.

### 2901 NW 34TH STREET • MIAMI, FL



| | | Major Tenants | |
|---|---|---|---|
| Price | $1,350,000 | | Tennant #1 |
| Down Payment | $1,350,000 (100%) | | Tennant #2 |
| Gross Square Feet | 32,528 | | Tennant #3 |
| Rentable Square Feet | 29,700 | | Tennant #4 |
| Price/Square Foot | $45.45 | | |
| CAP Rate | 6.51% | | |
| Parcel Size | 38,125 SF | | |
| Year Built | 1957 | | |

Close of Escrow    11/14/2005
Market Time        24 Days

Activity ID: M0240269

This is an opportunity to acquire a strong performing asset in a high occupancy rental market with significant upside in rental income. It is priced well below replacement cost and is a great potential condo conversion.

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate.  Buyer must verify the information and bears all risk for any inaccuracies.  Marcus & Millichap Real Estate Investment Services is a service mark of  Marcus & Millichap Real Estate Investment Services of Florida ©2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

AGENT QUALIFICATIONS

# UNIVERSITY SHOPPES
MIAMI, FL

## Client Testimonials

**AGENT QUALIFICATIONS**

**From:** Boca_PETE [mailto:Boca_PETE@mi-connection.com]
**Sent:** Thursday, August 21, 2008 12:20 PM
**To:** Merrey, Bryn
**Cc:** AnneG2@mi-connection.com; Peter Gaston; Kristol, Drew; Olson, Kirk
**Subject:** THANKS FOR YOUR HELP :-)

Hi Bryn,

Hope you are enjoying your new Orlando executive position with M&M.

This is just to thank you profusely for referring Drew Kristol and Kirk Olson to us for the challenge of marketing our Williams Plaza Retail Store Center. They successfully assisted us in selling the property at list price. The transaction closed late last Friday. They worked tirelessly, intelligently, and proactively to overcome numerous unexpected obstacles that arose during the marketing process.

We especially thank Drew for his tenacity in searching for some kind of documentation of a common access agreement with our current or past neighbors to the north or south that granted rights to access entrance / exit driveways onto U.S. Highway 1 - the buyer's attorney was troubled by the fact that our property had no such driveway access in the front and our neighbors were resistance to granting a recorded easement for such access.

And we give special thanks and kudos to Kirk Olson who negotiated a fine liquidating damage settlement with our second prospective buyer when he freaked out upon realizing he had signed up to buy a property with a septic tank and sought to breech his contract with us (must have been an allergic reaction).

To sum up, we were so impressed with Marcus & Millichap's professional and tenacious approach to marketing commercial real estate,

Hope your Hurricane Fay damage was minimized.

Best wishes for success in the future,

PETE & ANNE GASTON
Cornelius, NC

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

## UNIVERSITY SHOPPES

MIAMI, FL

## Client Testimonials

**GROUPER**
FINANCIAL, INC.

May 14, 2007

Dear Drew:

Thank you very much for the great job you did marketing our Walgreen's property in North Miami. We appreciate your diligence and tireless marketing effort on our behalf. If there is anything we can do for you, please don't hesitate to ask.

Sincerely,

Aaron J. Butler
Executive Vice President
Grouper Financial, Inc.
18001 Old Cutler Rd. Suite 600
Miami, FL 33157

18001 Old Cutler Road, Suite 600          305.GROUPER (476.8737)
Miami, Florida 33157                               305.377.8804

AGENT QUALIFICATIONS

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

## Client Testimonials

**AGENT QUALIFICATIONS**

---

**Manuel Chamizo III**
P.O. Box 330362
Coconut Grove, Fl 33233
786-486-6655
305-722-3694 fax
email: FlaCommercial@Aol.com

---

Marcus Millichap                                 January 7, 2009
5201 Blue Lagoon Drive
Suite 100
Miami Fl 33126                              Via Email & US Mail
Harvey E Green/CEO
Mr. Kirk Felici
Gene Berman

Re: Excellent Service- Going the extra mile(s) to make the deal happen.
    3901 SW 16th Street-Victory Shopping Center

Let me take a moment to thank two of your most outstanding brokers, Kirk D Olson &
Drew A Kristol from your Miami office for their superb service.
I have been in the real estate industry for over 20 years and I have never seen such
commitment from a team of professionals in my career. I am pleased to say that if were
not for the extraordinary effort & follow by each of these individuals the transaction
would never have closed.

Their commitment to the successfully closing the transaction will continue to prove that
the M&M platform is the most sustainable platform in the industry, regardless of market
conditions.

Kirk & Drews' clear vision and versatility made it all possible.

Be sure to let them know they are doing a great job.

Sincerely,

Manuel Chamizo III
President
3901 Davie Associates LLC

---

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida ©2009 Marcus & Millichap



Marcus & Millichap
Real Estate Investment Services

PRICING & FINANCIAL ANALYSIS



# UNIVERSITY SHOPPES

MIAMI, FL



Marcus & Millichap
Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

## Expenses

| | CURRENT | PER SF | PRO FORMA | PER SF |
|---|---|---|---|---|
| Real Estate Taxes | $400,000 | $3.17 | $400,000 | $3.17 |
| Insurance | 126,126 | 1.00 | 126,126 | 1.00 |
| CAM | | | | |
|     Electric | 66,000 | 0.52 | 66,000 | 0.52 |
|     Repairs & Maintenance | 50,000 | 0.40 | 50,000 | 0.40 |
|     Water | 109,476 | 0.87 | 109,476 | 0.87 |
|     Supplies | 14,046 | 0.11 | 14,046 | 0.11 |
|     Garbage | 29,585 | 0.23 | 29,585 | 0.23 |
|     Landscaping | 4,500 | 0.04 | 4,500 | 0.04 |
|     Cleaning | 52,800 | 0.42 | 52,800 | 0.42 |
|     TOTAL CAM | $326,407 | $2.59 | $326,407 | $2.59 |
| Management Fee (% of EGI) | 132,651 | 1.05 | 138,000 | 1.09 |
| Reserves / Replacements | 18,919 | 0.15 | 18,919 | 0.15 |
| **TOTAL EXPENSES** | **$1,004,103** | **$7.96** | **$1,009,452** | **$8.00** |

**PRICING & FINANCIAL ANALYSIS**

## TENANTS (% OF GLA)



- University Medical Ctr.: 1.67%
- Adult Mankind: 2.03%
- IFA Medical II: 2.14%
- Wendys: 2.29%
- First Infant University: 2.31%
- Terra Bank: 3.66%
- IFA Medical: 6.42%
- Vacant: 8.41%
- Planet Fitness: 8.76%
- Walgreens: 11.02%
- Remaining: 13.00%
- Roxy Theatre*: 21.53%
- Dept. of Children*: 16.76%

## COMMENTS
2009 Real Estate tax Assessment is $21,800,000.

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

## Income & Expenses

PRICING & FINANCIAL ANALYSIS

| Gross Leasable Area (GLA) | 126,126 | SF |
| --- | --- | --- |

| | CURRENT | PER SF | PRO FORMA | PER SF |
| --- | --- | --- | --- | --- |
| **Base Rent** | | | | |
| Occupied Space | $2,244,424 | $19.64 | $2,244,424 | $19.64 |
| Vacant Space at Market Rents (11,832 SF) | 172,968 | 14.62 | 172,968 | 14.62 |
| **GROSS POTENTIAL RENT** | **$2,417,392** | **$19.17** | **$2,417,392** | **$19.17** |
| | | | | |
| **Expense Reimbursements** | | | | |
| CAM - Vacant Spaces | 94,538 | 0.75 | 92,881 | 0.74 |
| CAM - Current Tenants | 408,600 | 3.24 | 408,600 | 3.24 |
| **Total Expense Reimbursements** | **$503,138** | **$3.99** | **$501,481** | **$3.98** |
| | | | | |
| **GROSS POTENTIAL INCOME** | **$2,920,530** | **$23.16** | **$2,918,873** | **$23.14** |
| Vacancy/Collection Allowance (% of GPI) | (9.2%) 267,506 | 2.12 | (5%) 145,944 | 1.16 |
| **EFFECTIVE GROSS INCOME** | **$2,653,024** | **$21.03** | **$2,772,929** | **$21.99** |
| | | | | |
| Total Expenses | $1,004,103 | 7.96 | $1,009,452 | 8.00 |
| | | | | |
| **NET OPERATING INCOME** | **$1,648,921** | **$13.07** | **$1,763,477** | **$13.98** |

### COMMENTS

NOTE:  Pro forma income assumes that former Chinese restaurant is rented at $14 NNN and remaining vacant small shop is rented at $20 NNN, with an overall vacancy factor of 5% of Gross Income.

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate.  Buyer must verify the information and bears all risk for any inaccuracies.  Marcus & Millichap Real Estate Investment Services is a service mark of  Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

Marcus & Millichap
Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

## Tenant Summary

| Suite | Tenant | GLA | % of GLA | Lease Commence | Lease Expire | Annual Rent | Rent/ SF | Changes On | Changes To | Expense Reimbs. | Other: Options/ % Rent | Lease Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1601 | Walgreens | 13,905 | 11.02% | 11/01/00 | 10/31/40 | $159,996.00 | $11.51 | | | | N/A | NNN |
| 1605 | Dept. of Children* | 21,134 | 16.76% | 02/01/08 | 01/31/13 | $496,649.00 | $23.50 | Annually | 4 Perc. | | N/A | |
| 1615 | Terra Bank | 4,611 | 3.66% | 06/01/02 | 05/31/12 | $128,356.44 | $27.84 | Annually | 4 Perc. | $39,766.44 | N/A | NNN |
| 1617 | Planet Fitness | 11,050 | 8.76% | 01/10/97 | 11/09/17 | $171,606.48 | $15.53 | Annually | 4 Perc. | $93,596.52 | 1 @ 5 Yrs | NNN |
| 1619 | Adult Mankind | 2,560 | 2.03% | 05/01/08 | 08/31/10 | $69,186.60 | $27.03 | Annually | 5 Perc. | $21,338.04 | 2 @ 2 Yrs | NNN |
| 1627 | Julie Royale | 1,050 | 0.83% | 06/01/95 | 03/31/14 | $23,175.72 | $22.07 | Annually | 5 Perc. | $9,602.16 | N/A | NNN |
| 1629 | Karoyls Styles | 1,050 | 0.83% | 03/01/04 | 02/28/14 | $26,801.88 | $25.53 | Annually | 5 Perc. | $9,020.16 | 1 @ 5 Yrs | NNN |
| 1631 | University Medical Ctr. | 2,100 | 1.67% | 03/01/08 | 02/28/13 | $59,535.00 | $28.35 | Annually | 4 Perc. | $15,227.64 | 1 @ 5 Yrs | NNN |
| 1635 | Vacant | 10,612 | 8.41% | | | $0.00 | | | | | | |
| 1645 | Roxy Theatre* | 27,150 | 21.53% | M-T-M | M-T-M | $480,000.00 | $17.68 | | | | N/A | NNN |
| 1651 | Wendys | 2,885 | 2.29% | 01/20/97 | 12/31/12 | $49,500.00 | $17.16 | | | $8,222.28 | 3 @ 5 Yrs | NNN |
| 1655 | Crazy Hair Cuts | 1,005 | 0.80% | 10/01/08 | 09/31/13 | $24,702.96 | $24.58 | Annually | 5 Perc. | $8,632.20 | N/A | NNN |
| 1659 | Divine Cakes | 2,010 | 1.59% | 10/01/07 | 09/30/17 | $50,169.60 | $24.96 | Annually | 4 Perc. | $17,361.48 | N/A | NNN |
| 1661 | Subway | 1,000 | 0.79% | 06/01/97 | 03/31/10 | $29,166.00 | $29.17 | Annually | 4 Perc. | $8,923.20 | 2 @ 5 Yrs | NNN |
| 1663 | Syrian Fine Food | 2,000 | 1.59% | 11/01/05 | 10/31/13 | $45,669.84 | $22.83 | Annually | 5 Perc. | $17,264.40 | 1 @ 5 Yrs | NNN |
| 1667 | Nails Salon | 1,111 | 0.88% | 02/01/08 | 01/31/13 | $29,997.00 | $27.00 | Annually | 5 Perc. | $8,729.16 | N/A | NNN |
| 1671 | Vacant | 1,220 | 0.97% | | | $0.00 | | | | | | |
| 1673-75 | Natural Chicken Grill | 1,990 | 1.58% | 08/01/98 | 07/31/12 | $50,795.76 | $25.53 | Annually | 5 Perc. | $17,167.44 | 2 @ 7 Yrs | NNN |
| 1677-79 | El Rey de las Fritas | 1,990 | 1.58% | 01/01/08 | 12/31/13 | $69,897.48 | $35.12 | Annually | 4 Perc. | | N/A | NNN |
| 1681 | Fitness Depot | 1,005 | 0.80% | 05/01/06 | 04/30/14 | $26,467.56 | $26.34 | Annually | 5 Perc. | $9,020.16 | 1 @ 5 Yrs | NNN |
| 1683-87 | First Infant University | 2,913 | 2.31% | 09/30/96 | 09/29/13 | $64,071.48 | $22.00 | Annually | 5 Perc. | $25,120.68 | 1 @ 5 Yrs | NNN |
| 1689 | Romain Investment | 975 | 0.77% | 04/01/09 | 03/31/10 | $20,720.64 | $21.25 | Annually | 5 Perc. | $8,438.28 | 1 @ 5 Yrs | NNN |
| 1695 | IFA Medical II | 2,700 | 2.14% | 10/01/08 | 09/31/28 | $48,594.12 | $18.00 | Annually | 5 Perc. | $23,277.84 | N/A | NNN |
| 1697 | IFA Medical | 8,100 | 6.42% | 05/01/05 | 04/30/15 | $119,364.00 | $14.74 | Annually | 5 Perc. | $67,893.84 | 3 @ 5 Yrs | NNN |

**\*NOTE:**
Buyers are expected to view the Dept. of Children and Roxy Theatre as having above market rents with significant downside risk.
Estimated market rental rates:
- Dept. of Children:  $15/SF Gross
- Roxy Theatre:        $15/SF Gross

Aggregate downside to Pro-Forma NOI due to above market rents:
Current Gross Rents ($976,649) Less Market Gross Rents ($724,260) = Total downside on NOI of **$252,389**

**Potential negative impact on value due to above market rents (assume 9% CAP rate):  $2.8 million**

| | | | | | | |
|---|---|---|---|---|---|---|
| | TOTAL VACANT | 11,832 | 9.38% | | | |
| | TOTAL OCCUPIED | 114,29 | 90.62% | $2,244,424.0 | $408,600 | |
| | TOTAL | 126,12 | 100.00% | $2,244,424.0 | $408,600 | |

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate.  Buyer must verify the information and bears all risk for any inaccuracies.  Marcus & Millichap Real Estate Investment Services is a service mark of  Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

PRICING & FINANCIAL ANALYSIS

# UNIVERSITY SHOPPES
MIAMI, FL

## Lease Expiration Summary

| For The Year Beginning | Year 1 Jan 2008 | Year 2 Jan 2009 | Year 3 Jan 2010 | Year 4 Jan 2011 | Year 5 Jan 2012 | Year 6 Jan 2013 | Year 7 Jan 2014 | Year 8 Jan 2015 | Year 9 Jan 2016 | Year 10 Jan 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Tenant(s) Name | | | Adult Mankind Subway Romain Investment | | Terra Bank Wendys Natural Chicken Grill | Dept. of Children* University Medical Ctr. Syrian Fine Food El Rey de las Fritas First Infant University | Julie Royale Karoyls Styles Fitness Depot | IFA Medical | | Planet Fitness Divine Cakes |
| Total Number of Tenants | | | 3 | | 3 | 5 | 3 | 1 | | 2 |
| Total Square Feet | | | 4,535 | | 9,486 | 30,137 | 3,105 | 8,100 | | 13,060 |
| Total Percentage | | | 3.6% | | 7.5% | 23.9% | 2.5% | 6.4% | | 10.4% |
| Cumulative Percentage | | | 3.6% | | 11.1% | 35.0% | 37.5% | 43.9% | | 54.3% |



Any projections, opinions, assumptions or estimates used here within are for example purposes only and do not represent the current or future performance of the property.

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate.  Buyer must verify the information and bears all risk for any inaccuracies.  Marcus & Millichap Real Estate Investment Services is a service mark of  Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

# UNIVERSITY SHOPPES
MIAMI, FL

## Financial Overview

### LOCATION

1601 Southwest 107th Avenue
Miami, FL 33165



| | |
|---|---|
| Price | $18,500,000 |
| Down Payment | 35% $6,475,000 |
| Gross Leasable Area (GLA) | 126,126 |
| Price/SF | $146.68 |
| CAP Rate - Current | 8.91% |
| CAP Rate - Pro Forma | 8.93% |
| Year Built | 1987 |
| Lot Size | 378,125 SF |
| Type of Ownership | Fee Simple |

**VALUE RANGE**

Due to downside risk from above market rents in the amount of appx. $2.8 million, (see Tenant Summary page of this section), we estimate the following closing price range:

**Price Range:  $16,000,000  to  $18,500,000**

### FINANCING

FIRST TRUST DEED

| | |
|---|---|
| Loan Amount | $12,025,000 |
| Loan Type | Proposed New |
| Interest Rate | 6.75% |
| Amortization | 25 Years |

Loan information is time sensitive and subject to change, contact your local Marcus & Millichap Capital Corporation representative.

### ANNUALIZED OPERATING DATA

| INCOME | | CURRENT | PRO FORMA |
|---|---|---|---|
| Base Rent | | | |
| Occupied Space | | $2,244,424 | $2,244,424 |
| Vacant Space at Market | | 172,968 | 172,968 |
| Gross Potential Rent | | $2,417,392 | $2,417,392 |
| Expense Reimbursements | | 503,138 | 501,481 |
| Gross Potential Income | | $2,920,530 | $2,918,873 |
| Vacancy/Collection Allowance | 9.2% | 267,506 | 5% 145,944 |
| Effective Gross Income | | $2,653,024 | $2,772,929 |
| Total Expenses | | 1,004,103 | 1,009,452 |
| Net Operating Income | | $1,648,921 | $1,763,477 |
| Debt Service | | 996,985 | |
| Net Cash Flow After Debt Service | 10.07% | $651,936 | |
| Principal Reduction | | 191,139 | |
| Total Return | 13.02% | $843,075 | |

### EXPENSES

| | | CURRENT | PRO FORMA |
|---|---|---|---|
| Real Estate Taxes | | $400,000 | $400,000 |
| Insurance | | 126,126 | 126,126 |
| CAM | | | |
| Electric | | 66,000 | 66,000 |
| Repairs & Maintenance | | 50,000 | 50,000 |
| Water | | 109,476 | 109,476 |
| Supplies | | 14,046 | 14,046 |
| Garbage | | 29,585 | 29,585 |
| Landscaping | | 4,500 | 4,500 |
| Cleaning | | 52,800 | 52,800 |
| TOTAL CAM | | $326,407 | $326,407 |
| Management Fee (% of EGI) | 5% | 132,651 | 5.0% 138,000 |
| Reserves / Replacements | | 18,919 | 18,919 |
| TOTAL EXPENSES | | $1,004,103 | $1,009,452 |
| EXPENSES/SF | | $7.96 | $8.00 |

**NOTES:**

1.  **Pro Forma CAP Rate** was calculated based upon the purchase price plus Buyer investing $10/SF in property renovations (or $1.25 M), for a total investment of $19.75 million ($18.5 M Purchase Price + $1.25 M Renovations).

2.  Pro Forma income assumes all current tenants remaining in place at their current rents, the vacant former Chinese restaurant is rented at $14 NNN and the remaining vacant small shop space is rented at $20 NNN, with an overall 5%

<div style="writing-mode: vertical-rl">PRICING & FINANCIAL ANALYSIS</div>

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate.  Buyer must verify the information and bears all risk for any inaccuracies.  Marcus & Millichap Real Estate Investment Services is a service mark of  Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

PROPERTY DESCRIPTION



# UNIVERSITY SHOPPES

MIAMI, FL



## UNIVERSITY SHOPPES
MIAMI, FL

## Property Summary



PROPERTY DESCRIPTION

### THE OFFERING

| | |
|---|---|
| Property | University Shoppes |
| Property Address | 1601 Southwest 107th Avenue |
| | Miami, FL 33165 |
| Assessor's Parcel Number | 30-4008-000-0125 |
| Zoning | BU-1A |

### SITE DESCRIPTION

| | |
|---|---|
| Number of Stories | 2 |
| Year Built | 1987 |
| Gross Leasable Area (GLA) | 126,126 SF |
| Lot Size | 378,125 SF |
| Type of Ownership | Fee Simple |

### CONSTRUCTION

| | |
|---|---|
| Foundation | Concrete Block |
| Exterior | Concrete Stucco |

### MECHANICAL

| | |
|---|---|
| HVAC | Central |

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

## Property Photos





PROPERTY DESCRIPTION

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

## Property Photos





PROPERTY DESCRIPTION

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

Marcus & Millichap
Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

## Property Photos





This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

PROPERTY DESCRIPTION

## Property Photos





This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

Marcus & Millichap
Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

## Area Maps





LOCAL MAP



REGIONAL MAP

**PROPERTY DESCRIPTION**

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

28

# UNIVERSITY SHOPPES
MIAMI, FL

## Aerial Photo





PROPERTY DESCRIPTION

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

Marcus & Millichap
Real Estate Investment Services

RECENT SALES



# UNIVERSITY SHOPPES

MIAMI, FL



Marcus & Millichap

Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

## Recent Sales Map

RECENT SALES



| | |
|---|---|
| ★ | Subject Property |
| 1) | Nicole's Place |
| 2) | 5700 West Flagler Street |
| 3) | Bird 74 Shopping Center |
| 4) | Navarro Tamiami Plaza |
| 5) | Navarro Hialeah Plaza |
| 6) | SunTrust Crossing |

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

Marcus & Millichap
Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

## CAP Rate & Price/SF
### AVERAGE CAP RATE



### AVERAGE PRICE/SF



**RECENT SALES**

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

## Recent Sales

**RECENT SALES**



### NICOLE'S PLACE
**2901 West Commercial Boulevard**
**Fort Lauderdale, FL 33309**

| | |
|---|---|
| Close of Escrow: | 08/20/2009 |
| Year Built: | 1987 |
| Gross Leasable Area (GLA): | 20,444 SF |
| Sale Price: | $1,950,000 |
| Percent Down: | 38% |
| CAP Rate: | N/A |
| Price/SF (GLA): | $95.38 |
| Lot Size: | 2.1 Acres |

#### COMMENTS
Sold by Kirk Olson and Drew Kristol - Marcus & Millichap.  Property was approximately 45% occupied at the time of sale.  Buyer intended to rent out vacant spaces at lower rents and achieve a pro forma 12% + CAP Rate.



**5700 West Flagler Street**
**Miami, FL 33144**

| | |
|---|---|
| Close of Escrow: | 07/31/2009 |
| Year Built: | 1950 |
| Gross Leasable Area (GLA): | 10,166 SF |
| Sale Price: | $2,000,000 |
| Percent Down: | 20% |
| CAP Rate: | 7.60% |
| Price/SF (GLA): | $196.73 |
| Lot Size: | 23,626 SF |

#### COMMENTS
Sold by Kirk Olson and Drew Kristol - Marcus & Millichap.  CAP Rate was better than the market due to Seller holding attractive financing of 80% LTV, 6.5% Interest-Only Fixed Rate for 10 Years.  Cash on Cash Return was 11.9% at closing.



### BIRD 74 SHOPPING CENTER
**7370 SW 40th Street**
**Miami, FL 33155**

| | |
|---|---|
| Close of Escrow: | Under Contract |
| Year Built: | 1975 |
| Gross Leasable Area (GLA): | 21,868 SF |
| Sale Price: | $4,650,000 |
| Percent Down: | N/A |
| CAP Rate: | 7.9% |
| Price/SF (GLA): | $212.64 |
| Lot Size: | 1.35 Acres |

#### COMMENTS
Under Contract by Kirk Olson and Drew Kristol - Marcus & Millichap.  Buyer will assume a loan of $1.8M at an interest rate of 5.6%, 30 year amortization.

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate.  Buyer must verify the information and bears all risk for any inaccuracies.  Marcus & Millichap Real Estate Investment Services is a service mark of  Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

# UNIVERSITY SHOPPES
MIAMI, FL

## Recent Sales

**RECENT SALES**



**4**

### NAVARRO TAMIAMI PLAZA

12000 SW 8th Street
Miami, FL 33184

| | |
|---|---|
| Close of Escrow: | On Market |
| Year Built: | 1981 |
| Gross Leasable Area (GLA): | 36,500 SF |
| Sale Price: | $7,200,000 |
| Percent Down: | 27% |
| CAP Rate: | 7.42% |
| Price/SF (GLA): | $197.26 |
| Lot Size: | 3 Acres |

**COMMENTS**

Marketed by Kirk Olson and Drew Kristol - Marcus & Millichap. Seller has attractive assumable financing in place of 6.25% interest only.



**5**

### NAVARRO HIALEAH PLAZA

3141 W 76th Street
Hialeah, FL 33018

| | |
|---|---|
| Close of Escrow: | On Market |
| Year Built: | 1997 |
| Gross Leasable Area (GLA): | 36,560 SF |
| Sale Price: | $7,700,000 |
| Percent Down: | 31% |
| CAP Rate: | 7.43% |
| Price/SF (GLA): | $216.54 |
| Lot Size: | 2.68 Acres |

**COMMENTS**

Marketed by Kirk Olson and Drew Kristol - Marcus & Millichap. Seller has attractive assumable financing in place of 6.25% interest only.



**6**

### SUNTRUST CROSSING

2575 Glades Circle
Weston, FL 33327

| | |
|---|---|
| Close of Escrow: | On Market |
| Year Built: | 2006 |
| Gross Leasable Area (GLA): | 6,400 SF |
| Sale Price: | $3,200,000 |
| Percent Down: | 34% |
| CAP Rate: | 8.32% |
| Price/SF (GLA): | $500.00 |
| Lot Size: | 1.09 Acres |

**COMMENTS**

Sold by Marcus & Millichap's Ft. Lauderdale office.

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services of Florida © 2009 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services